

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00348-CV

| | | |
|---|---|---|
| KKT International, Ltd. | § | From the 352nd District Court |
| | § | of Tarrant County (352-268612-13) |
| v. | | |
| | § | August 25, 2015 |
| Smartwise International, Ltd., Salena Chen, Darryl Chen, and Monica Chen | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant KKT International, Ltd. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
     Justice Lee Gabriel